**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SCOTT D. OLIVER :
:
:
:
v. : C.A. NO. 16-920
:
:
:
WARDEN CYNTHIA LINK, et al. :

## ORDER

**AND NOW**, this 15th day of September, 2017, upon careful *de novo* consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, the response, the thorough and well-reasoned report and recommendation of United States Magistrate Judge Timothy R. Rice, petitioner's objections to the report and recommendation, it is hereby **ORDERED** that:

1.   Petitioner's objections [Doc. 8] are **OVERRULED**.
2.   The report and recommendation of United States Magistrate Judge Timothy R. Rice [Doc. 6] is **APPROVED** and **ADOPTED**.
3.   The petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.
4.   The petitioner having failed to demonstrate that a reasonable jurist could conclude that the court is incorrect in dismissing the petition, there is no ground to issue a certificate of appealability.
5.   The Clerk is **DIRECTED** to mark this case closed.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
JEFFREY L. SCHMEHL, J.