# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT D. OLIVER** | : | |
| | : | |
| **v.** | : | **C.A. NO. 16-920** |
| | : | |
| **WARDEN CYNTHIA LINK, et al.** | : | |

## ORDER

**AND NOW**, this 15th day of March, 2021, upon careful *de novo* consideration of the Petitioner's Motion to Alter or Amend Judgment and the well-reasoned Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and Petitioner's Objections to the Report and Recommendation, it is hereby **ORDERED** that:

1. Petitioner's objections [Doc. 27] are **OVERRULED**.

2. The Report and Recommendation of United States Magistrate Judge Timothy R. Rice [Doc. 22] is **APPROVED** and **ADOPTED**.

3. The Motion to Alter or Amend Judgment [Doc. 20] is **DENIED.**

4. The petitioner having failed to demonstrate that a reasonable jurist could conclude that the court is incorrect in denying the motion, there is no ground for the Court to issue a certificate of appealability.

                **BY THE COURT:**

                **/s/ Jeffrey L. Schmehl**
                **JEFFREY  L.  SCHMEHL, J.**